Carl J. Davis, Petitioner *v.* Commonwealth of Pennsylvania, Unemployment Compensation Board of Review, Respondent.

Argued September 15, 1978, before Judges CRUM-LISH, JR., WILKINSON, JR. and CRAIG, sitting as a panel of three.

*Carl J. Davis,* petitioner, for himself.

*Charles G. Hasson,* Assistant Attorney General, with him *Gerald Gornish,* Acting Attorney General, for respondent.

PER CURIAM OPINION, October 24, 1978:

The only issue raised by Appellant, Carl J. Davis, is whether the finding of the Unemployment Compensation Board of Review that he was discharged as a result of willful misconduct connected with his employment is supported by substantial evidence. We have reviewed, with intensity, the record made before the hearing authorities and are satisfied that the testimony of the employer's foreman, Frank Cooney, and its assistant personnel director, Stanley Kogut, sufficiently supports the Board's finding that Appellant was discharged for excessive absenteeism and violation of a labor management agreement.

Accordingly, we

ORDER

AND Now, this 24th day of October, 1978, the decision of the Unemployment Compensation Board of Review denying unemployment compensation benefits to Carl J. Davis is affirmed.